Commercial - Search

| State of Louisiana Secretary of State | **COMMERCIAL DIVISION** |
|---|---|
| | **225.925.4704** |



**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| WHS REALTY, L.L.C. | Limited Liability Company | HOUMA | Active |

### Previous Names

| | |
|---|---|
| **Business:** | WHS REALTY, L.L.C. |
| **Charter Number:** | 34744406K |
| **Registration Date:** | 2/19/1999 |

**Domicile Address**
818 VERRET ST
HOUMA, LA 70360

**Mailing Address**
818 VERRET ST
HOUMA, LA 70360

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 2/19/1999 |
| **Last Report Filed:** | 5/11/2023 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| Agent: | CHARLES C. BOURQUE, JR. |
|---|---|
| Address 1: | C/O ST. MARTIN & WILLIAMS |
| Address 2: | 315 BARROW STREET |
| City, State, Zip: | HOUMA, LA 703612017 |
| Appointment Date: | 2/19/1999 |

## Officer(s)

Additional Officers: No

| Officer: | NANCY ST. MARTIN |
|---|---|
| Title: | Member |
| Address 1: | 4136 HWY. 311 |
| City, State, Zip: | HOUMA, LA 70360 |

| Officer: | WILLIAM H. ST. MARTIN, M.D. |
|---|---|
| Title: | Member |
| Address 1: | 4136 HWY. 311 |
| City, State, Zip: | HOUMA, LA 70360 |

**EXHIBIT 2**

Commercial - Search

## Amendments on File

**No Amendments on file**

Print