1-800-259-5300



Home  Online Services  News Releases  Connect  Subscribe  Contact us

Consumers >   Industry >   Industry Access

# Details for General Star Indemnity Company

**Name:**

General Star Indemnity Company

**NAIC#:**

37362

**Domicile:**

DE

**Phone:**

(203) 328-5700

**Toll Free#:**

N/A

Addresses 

Type: Administrative

120 Long Ridge Road

Stamford, CT 06902-1843

Type: Books and Records

120 Long Ridge Road

Stamford, CT 06902-1843

Type: Domicile

1209 Orange Street

Wilmington, DE 19801

Type: Mailing

120 Long Ridge Road

Stamford, CT 06902-1843

EXHIBIT 3

No Appointed Producers

▾ Licensing Information ⏶

License Type | Initial Issuance Date | Expiration Date
Surplus Lines | 1/19/1982

▾ Regulatory Actions ⏶

To see whether any regulatory actions have been issued against this entity please click here.

▾ Service of Process ⏶

Agent: Louisiana Secretary Of State

8585 Archives Ave.

Baton Rouge, LA 70809

▾ Summary Financial Information ⏷

**Return to Search Results**

**Return to Search**

### About LDI

Events Calendar

Public Hearings

Videos

What We Do

Job Openings

Industry Career Opportunities

LDI ADA Policy

LIGA

FAQs

### Connect With Us

Office Directory

1-800-259-5300

### Quick Links

Louisiana Fortify Homes Program

Solicitation for Offers

Search Bulletins, Directives & Regs

Search for Companies

Search for Agents/Adjusters

Search Rate Filings

Producer License Renewal

Report Insurance Fraud

Top 20 Lists by Market Share

### What's New

Regulation 103: Published

Regulation 128: Summary Report

Advisory Letter 2014-01: Rescinded

Regulation 126: LA Fortify Homes Program

Advisory Letter 2012-03: Rescinded

Regulation 125: Published

Regulation 112: Summary Report

Regulation 127: Published



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2022 Louisiana Department of Insurance